UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBERS RH00010, RH00011 AND RH00012** §§§§§§§§§<br>     **Plaintiff,** §§<br>§§<br>**v.** § **Case No. 3:19-cv-823-J-34JRK**<br>§§<br>**ENVIRONMENTAL HOUSE WRAP, INC., a Florida corporation, CALATLANTIC GROUP INC., a Delaware corporation, Successor by Merger to the former CalAtlantic Group, Inc., which was Successor by Merger to THE RYLAND GROUP, INC., a Maryland corporation, and BISCAYNE BAY HOMEOWNERS ASSOCIATION, INC. a Florida non-profit corporation;** §§§§§§§§§§<br>     **Defendants.** § | |

---

### NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBERS RH00010, RH00011, and RH00012 ("Underwriters"), file this Notice of Dismissal as to Defendants  ENVIRONMENTAL HOUSE WRAP, INC., CALATLANTIC GROUP, INC. and THE RYLAND GROUP, INC., AND BISCAYNE BAY HOMEOWNERS ASSOCIATION, INC. (collectively "Defendants"). Pursuant to FRCP 41(a)(1)(A)(i), a court order is not required for dismissal of this action since no opposing party has served an answer in the lawsuit.

HOUIMAN\580228-1

1.      On July 11, 2019, Plaintiff filed an Original Complaint and Request for Declaratory Judgment Relief against Defendants seeking a declaratory judgment related to coverage under Policy Nos. RH00010, RH00011, and RH00012 for alleged damages due to an insured subcontractor's allegedly defective work, as more fully set forth in Case No. 16-2016-CA-003462-O; *Biscayne Bay Homeowners Association, Inc. v. Evergreen Visibility, LLC et al*; In the Circuit Court of the Fourth Judicial Circuit In and For Duval County, Florida ("Underlying Lawsuit").

2.      Following the Court's Order requiring that Underwriters file further jurisdictional pleading, Underwriters filed a First Amended Complaint on July 30, 2019 against the Defendants.

3.      Due to ongoing settlement negotiations in the Underlying Lawsuit, Plaintiff did not serve Defendants in this lawsuit. As such, no Defendant has filed an answer or made an appearance in this suit.

4.      The Underlying Lawsuit was settled by/between the parties relevant to this lawsuit, and a settlement agreement and release was signed. The Plaintiff in the Underlying Lawsuit recently filed a dismissal with prejudice as to the insured Defendant.

5.      Therefore, Underwriters now voluntarily dismiss their claims and the declaratory judgment action against all Defendants.

6.      Plaintiff, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBERS RH00010, RH00011, and RH00012 voluntarily dismisses the lawsuit at this time against all Defendants ENVIRONMENTAL HOUSE WRAP, INC., CALATLANTIC GROUP, INC. and THE RYLAND GROUP, INC., AND BISCAYNE BAY HOMEOWNERS ASSOCIATION, INC.

HOUIMAN\580228-1

Respectfully submitted,

**HOLMAN FENWICK WILLAN**

*Gerard J. Kimmitt, II*

_____

**Gerard J. Kimmitt, II** *(pro hac vice)*
TBN: 11427500; Fed. Id. No. 08454
jerry.kimmitt@hfw.com
**Susan H. Swanson** *(pro hac vice)*
TBN: 24038955; Fed. Id No. 37969
susan.swanson@hfw.com
**HOLMAN FENWICK WILLAN**
5151 San Felipe, Suite 400
Houston, Texas 77056
Telephone:  (713) 917-0888
Facsimile:  (713) 953-9470
**ATTORNEYS FOR PLAINTIFF**


**MURRAY, MORIN & HERMAN, P.A.**

*John M. Murray*

_____

**John M. Murray**
Fla. Bar No.: 157325
jmurray@mmhlaw.com
**Christopher S. Morin**
Fla. Bar No.: 177600
cmorin@mmhlaw.com
**Mike Breen**
Fla. Bar No.: 84906
mbreen@mmhlaw.com
Murray, Morin & Herman, P.A.
101 E. Kennedy Blvd.; Suite 1810
Tampa, Florida 33602
Tel:  (813) 222-1800  x1803
Fax: (813) 222-1801
Web:  mmhlaw.com
**LOCAL COUNSEL FOR PLAINTIFF**

3

## CERTIFICATE OF SERVICE

A true and correct copy of the Notice of Dismissal was served via the Court's EC/MCF electronic filing services on the following counsel on this <u>24th</u> day of October 2019:

*/s/Gerard J. Kimmitt, II*

Gerard J. Kimmitt, II

HOUIMAN\580228-1