**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON SUBSCRIBING TO
POLICY NUMBERS RH00010,
RH00011, AND RH00012,

      Plaintiff,

v.                                   Case No.   3:19-cv-823-J-34JRK

ENVIRONMENTAL HOUSE WRAP,
INC., et al.,

      Defendants.

_____

## O R D E R   O F   D I S M I S S A L

     **THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal Pursuant to

FRCP 41(a)(1)(A)(i) (Dkt. No. 12; Notice) filed on October 24, 2019.   In the Notice, Plaintiff

requests dismissal of this matter.   See Notice at 1.   Upon review of the docket, the Court

notes that Defendants have neither served an answer nor a motion for summary judgment.

Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

    1.    This case is **DISMISSED**.

    2.    The Clerk of the Court is directed to terminate all pending motions and close

        the file.

     **DONE AND ORDERED** in Jacksonville, Florida this 25th day of October, 2019.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties